| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | HELEN L. GILBERT (NYBN 4736336)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7021<br>FAX: (415) 436-7234 |
| 8 | helen.gilbert@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 18-00394 JST |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER EXCLUDING TIME** |
| | ) | |
| TEMARCUS ROGERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties appeared before the Court for status conferences on October 12, 2018, and December 14, 2018. During the December 14, 2018 appearance, the Court set a further status conference for March 1, 2019. During the October 12, 2018, appearance, counsel requested that time be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation of counsel, as the government had begun producing and proffered that it would continue to produce discovery to the defendant. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). During the December 14, 2018, appearance, counsel requested that time also be excluded from any time limits applicable under 18 U.S.C. § 3161, again for the purpose of effective preparation of counsel, as counsel for the defendant had not yet completed his review of the discovery provided by the government and also stated that he continued to seek additional

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 18-394 JST                                             1

records regarding the defendant. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice served by granting such exclusions of time outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).  At both the October 12, 2018 and December 14, 2018 hearings, the Court made findings consistent with that agreement and excluded time.

IT IS SO STIPULATED:

ALEX G. TSE
United States Attorney

DATED: December 14, 2018

_____/s/_____
HELEN L. GILBERT
Assistant United States Attorney

DATED: December 14, 2018

_____/s/_____
ALAN DRESSLER
Attorney for Defendant, Temarcus Rogers

Attestation of Filer

In addition to myself, the other signatory to this document is Alan Dressler.  I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: December 14, 2018    _____/s/_____
HELEN L. GILBERT
Assistant United States Attorney

**[PROPOSED]** **ORDER**

As stated at the October 12, 2018 hearing and the December 14, 2018 hearing, for the reasons stated above and at the October 12, 2018 hearing and the December 14, 2018 hearing, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 the period from October 12, 2018, through March 1, 2019, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: December 18, 2018

_____
THE HONORABLE JON S. TIGAR
United States District Court Judge