1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7021
7      FAX: (415) 436-7234
       helen.gilbert@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-00394 JST |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |
| TEMARCUS ROGERS, | |
| Defendant. | |

The parties appeared before the Court for a status conference on March 1, 2019. During this appearance, the Court set a change of plea for March 15, 2019. Counsel requested that time be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation of counsel, as defense counsel continues to conduct an investigation into this matter. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting such exclusions of time outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). At the March 1, 2019 hearing, the Court made findings consistent with that agreement and excluded time.

IT IS SO STIPULATED:

                                      DAVID L. ANDERSON
                                      United States Attorney

DATED: March 6, 2019

                                 _____/s/_____
                                 HELEN L. GILBERT
                                 Assistant United States Attorney

DATED: March 6, 2019

                                 _____/s/_____
                                 ALAN DRESSLER
                                 Attorney for Defendant, Temarcus Rogers

<u>Attestation of Filer</u>

In addition to myself, the other signatory to this document is <u>Alan Dressler</u>. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: March 6, 2019                                         _____/s/_____
                                                                   HELEN L. GILBERT
                                                                   Assistant United States Attorney

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

As stated at the March 1, 2019 hearing, for the reasons stated above and at the March 1, 2019 hearing, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 the period from March 1, 2019, through March 15, 2019, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: March 6, 2019

_____
THE HONORABLE JON S. TIGAR
United States District Judge

*IT IS SO ORDERED*
*Judge Jon S. Tigar*